**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**3:21-MC-3**

**GENERAL ORDER REASSIGNING CIVIL CASES
TO NEWLY APPOINTED DISTRICT JUDGES**

In order to provide newly appointed active District Judge Robert P. Chamberlin and newly appointed active District Judge James D. Maxwell II with a proportionate share of the civil docket, the Clerk of the Court is directed to randomly select for reassignment a total of approximately 150 open civil cases from those district judges who currently have active civil case loads. The cases to be reassigned shall be distributed as evenly as practicable between Judge Chamberlin and Judge Maxwell. Such reassignments shall be made as soon as possible starting Monday, February 2, 2026.

**SO ORDERED**, this 2nd day of February, 2026.

_____
**DEBRA M. BROWN, CHIEF JUDGE**