IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHAQUILLE RESHUN ISLAND                                                                   PLAINTIFF

V.                                                                              NO. 3:25-CV-00371-RPC-RP

DESOTO COUNTY SHERIFF'S DEPARTMENT, et al.                               DEFENDANTS

### ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge Robert P. Chamberlin on February 5, 2026. Judge Chamberlin, on his own motion, hereby **RECUSES** himself from this cause.

It is **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This the 12th day of February 2026.

*/s/ Robert P. Chamberlin*
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI